```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                                CRIMINAL NO. 5:12-cr-10-DCB-LRA

DARRELL AMOS TAITE

<u>ORDER</u>

    BEFORE THE COURT is a Motion pursuant to 18 U.S.C. § 3583(e)(1) for termination of supervised release on grounds that the defendant has successfully completed his term of incarceration and has successfully performed during a 39 month term of supervised release. Having carefully considered the motion the Court finds as follows:

    1. The Court has authority to grant early termination of a previously imposed term of supervised release pursuant to 3583(e)(1).

    2. In 1995 Darrell Amos Taite was convicted of conspiracy to possess with intent to distribute crack cocaine, and two (2) counts of possession of crack cocaine with the intent to distribute. He was sentenced to a 360 month term of imprisonment followed by a 5 year term of supervised release. The instant motion was filed on or about October 5, 2015.

    The Court has considered all factors set forth in 18 U.S.C. § 3553 and all subsections thereto. Moreover, the Court

is aware that full compliance alone does not warrant a termination of supervised release which is justified only in cases involving exceptionally good behavior. A report from the Probation Officer indicates that on March 13, 2015 Officer Kevin Hayward made contact with Darrell Taite at his residence in order to obtain a urine screen. Taite responded by saying that at that time he was unable to produce a sample, although subsequently he reconsidered and stated that he could produce a sample advising, however, that such sample would likely test positive for marijuana. An admittance form was signed. Although subsequent tests have been negative the Court is unable to find that this case involves exceptionally good behavior and, therefore, the Motion is DENIED.

    This the  14th  day of October, 2015.

                       s/David Bramlette
                    UNITED STATES DISTRICT JUDGE